Filed 9/2/25  P. v. Lopez CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>SAUL LOPEZ,<br><br>    Defendant and Appellant. | 2d Crim. No. B340416<br>(Super. Ct. No. 2020023870)<br>(Ventura County) |

Saul Lopez was charged with driving under the influence of alcohol, and with a blood alcohol level exceeding 0.08 percent, with a prior similar conviction.  (Veh. Code, §§ 23550.5, subd. (a), 23152, subds. (a), (b).)  He pleaded guilty pursuant to a plea agreement for a maximum sentence of 16 months in state prison.[1]

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief

---

[1] Appellant also pleaded guilty in a second case for which the maximum sentence would be eight months consecutive.  That sentence is currently on appeal in case number B340472.

that raises no arguable issues.  On July 3, 2025, we attempted to notify appellant by mail that he had 30 days within which to personally submit any contentions or issues he wished us to consider.  That notice was returned to this court on July 16, 2025, marked "Return to Sender ¶ No Such Number ¶ Unable to Forward."  On July 22, 2025, appointed counsel submitted a declaration notifying this court that he has been unable to obtain current information regarding appellant's housing or location.  No supplemental brief was filed.

In August 2020, appellant drove his car over a curb, struck a telephone pole, and hit a chain-link metal fence.  Police responded to the scene and conducted an investigation.  Appellant was arrested and taken to the hospital.  Blood analysis showed that appellant had a blood alcohol level of 0.139 percent.

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with his responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436.)

*Disposition*

The judgment is affirmed.

<u>NOT TO BE PUBLISHED</u>.


YEGAN, J.

We concur:


GILBERT, P. J.


BALTODANO, J.

2

David Hirsch, Judge

Superior Court County of Ventura

_____

Jennifer Peabody, Executive Director, Richard B. Lennon, Staff Attorney, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Respondent.